DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JAMES M. RUDNICK, STEVEN M. LEONI** and **PETER ROSEN,**
Appellants,

v.

**BBX CAPITAL ASSET MANAGEMENT, LLC,**
a Florida limited liability company,
Appellee.

No. 4D20-645

[January 28, 2021]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Jeffrey R. Levenson, Judge; L.T. Case No. 13-016408(09).

Kris B. Robinson of Robinson, Kennon & Kendron, P.A., Lake City, for appellants.

Jerry D. Tamayo of Tripp Scott P.A., Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

WARNER, MAY and ARTAU, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***